UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOLANDA GIBSON-MICHAELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1812  (RMU) |
| ) | |
| SHELIA C. BAIR *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| YOLANDA GIBSON-MICHAELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1813  (RMU) |
| ) | |
| JENEKIA J. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 9th day of July 2008,

**ORDERED** that these cases are **DISMISSED** *sua sponte* for failure to state a claim upon which relief may be granted.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge